ST. NICHOLAS HOTEL COMPANY, Respondent, v.
MEYER-SCHMID GROCER COMPANY, Garn.
of WILLIAM MORNINGSTAR, Appellant.

**St. Louis Court of Appeals, June 22, 1909.**

Wheless v. Meyer-Schmid Grocer Co., Garnishee, ante, Followed.
The facts in this case, being identical with those that obtained
in Wheless v. Meyer-Schmid Grocer Co., Garnishee, *ante*, p.
572, the decision in that case is followed.

Appeal from St. Louis City Circuit Court.—*Hon. C.
Orrick Bishop,* Judge.

REVERSED.

*Lee W. Grant* and *P. B. Kennedy* for appellant.

*Joseph Wheless* for respondent.

NORTONI, J.—This is a garnishment proceeding
in all respects, except the amount involved, identical
with that of Wheless v. Meyer-Schmid Grocer Co.,
garnishee of William Morningstar, 140 Mo. App. 572,
120 S. W. 708, decided at this term. In this case, plain-
tiff, St. Nicholas Hotel Co., sued the defendant, William
Morningstar, by attachment and the Meyer-Schmid
Grocer Company was garnished as his debtor, identic-
ally as in the Wheless case referred to. The indebt-
edness alleged to be owing from the garnishee to Wil-
liam Morningstar is the identical indebtedness relied
upon in the Wheless case. The rights of the parties are
to be determined by reference to the same contract be-
tween the American Fruit Product Company and Wil-
liam Morningstar, as set out in the Wheless case. The
two cases were consolidated and tried in the circuit
court, and as thus consolidated, were submitted to-
gether here on the same briefs. The questions presented
in this case are identical with those ruled in the Wheless
case.

For the reasons given in the opinion in Wheless v. Meyer-Schmid Grocer Company, Garnishee of William Morningstar, the judgment will be reversed, as it was in that case. It is so ordered. *Reynolds, P. J.,* and *Goode, J.,* concur.